UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 19-45834-399 |
| YOLANDA BARKSDALE ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| Debtor ) | November 6, 2019  10:30 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. Trustee has not received 2018 state tax return.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: December 06, 2019

OBJCONFAF--KLW

/s/ Kathy Wright
Kathy Wright MO31047
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on December 06, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on December 06, 2019.

YOLANDA BARKSDALE
431 THURSTON
SAINT LOUIS, MO  63134

/s/ Kathy Wright
Kathy Wright MO31047